HERMESMEYER *v.* NORTHWESTERN INVESTMENT CO.

APPEAL AND ERROR—APPEAL DISMISSED WHERE LEAVE TO APPEAL NOT OBTAINED.

Appeal from an order denying defendant's motion for summary judgment on its claim by way of counterclaim and recoupment is dismissed, where leave to appeal was neither applied for nor granted (Mich. Court Rules, No. 60, § 3).

Appeal from Wayne; Webster (Clyde I.), J. Submitted April 17, 1931. (Docket No. 130, Calendar No. 35,647.) Decided June 1, 1931.

Bill by Matthew H. Hermesmeyer and another against Northwestern Investment Company, a Michigan corporation, and others to rescind a land contract. Upon transfer to the law side of the court, defendants filed counterclaim for payments due. From order denying defendants' motion for summary judgment on counterclaim, they appeal. Appeal dismissed.

*James M. Cleary,* for plaintiffs.

*J. Gilbert Quail* and *Arthur Gloster,* for defendants.

SHARPE, J. The defendant Northwestern Investment Company here seeks review by appeal from an order of the trial court denying its motion for summary judgment on its claim made by way of counterclaim and recoupment in a notice attached to the plea of the general issue. No application for leave to appeal was made to this court, and no such leave has been granted. The appeal must therefore be dismissed. As this question is not raised by counsel for appellees, no costs will be allowed.

We may say, however, after an examination of the record, that, were decision to rest on the merits of the appeal, the same result would be reached.

BUTZEL, C. J., and WIEST, CLARK, McDONALD, POTTER, NORTH, and FEAD, JJ., concurred.